UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-20448-CIV-MORENO

ALLYSON ANDREWS,

    Plaintiff,

vs.

WESTLAKE SERVICES, LLC d/b/a
WESTLAKE FINANCIAL SERVICES,

    Defendant.
_____/

## ORDER DIRECTING CLERK TO ENTER DEFAULT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has noted the proof of service on Defendant Westlake Services, LLC d/b/a Westlake Financial Services **(D.E. 4)**, filed on **February 11, 2019**. It appears that Defendant Westlake Services, LLC d/b/a Westlake Financial Services has failed to answer or otherwise respond to the Summons and Complaint. Therefore it is

**ADJUDGED** that the Clerk shall file an Entry of Default against Defendant Westlake Services, LLC d/b/a Westlake Financial Services pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Upon entry of default, Plaintiff may file a motion for Default Judgment in accordance with Rule 55(b) of the Federal Rules of Civil Procedure. The Clerk is directed to close the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___26___ of February 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record