UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALLYSON ANDREWS

              PLAINTIFF(S)

v.

WESTLAKE SERVICES, LLC,

              DEFENDANT(S).

CASE NUMBER
1:19−cv−20448−FAM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Westlake Financial Services**

as of course, on the date March 1, 2019.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc:  Judge Federico A. Moreno
     Allyson Andrews

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)